UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MICHAEL A. MAGGIO, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 7: 21-21-DCR |
| v. | ) ) | |
| HECTOR JOYNER, Warden, et al., | ) ) | **JUDGMENT** |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Michael A. Maggio's petition for a writ of habeas corpus [Record No. 1] is **DENIED** without prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 25, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

-1-